**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DISVISION**

---

**DEBRA JOHNSON,**

*Plaintiff,*

v. Case No. 2:26-cv-2781-BCL-atc

**ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, MERCK SHARP & DOHME LLC, THE PROCTOR & GAMBLE COMPANY, PROCTOR & GAMBLE MANUFACTURING COMPANY,**

*Defendants*.

---

## ORDER GRANTING VOLUNTARY DISMISSAL

---

Before the Court is Plaintiff's Stipulation of Voluntary Dismissal pertaining to her claims against Defendant AstraZeneca LP. Doc. 32. The stipulation purports to dismiss without prejudice all claims asserted against this Defendant. *Id.* They do not extend to the claims against Defendants AstraZeneca Pharmaceuticals LP, Merck Sharp & Dohme LLC, The Proctor & Gamble Company, Proctor & Gamble Manufacturing Company. *Id.*

Dismissal of claims against fewer than all parties in a multi-defendant case is not appropriate under Federal Rule of Civil Procedure 41. *See Philip Carey Manufacturing Company v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961); *United States ex rel. Doe v. Preferred Care, Inc.*, 326 F.R.D. 462 (E.D. Ky. 2018). But the Court construes filings "by their substantive content and not by their labels," and, therefore, the Court will consider the stipulation of dismissal as a motion to drop a party under Rule 21. *See id.*

So construed, the Motion is **GRANTED.** All claims against Defendant AstraZeneca LP are **DISMISSED** without prejudice. The claims against Defendants AstraZeneca Pharmaceuticals LP, Merck Sharp & Dohme LLC, The Proctor & Gamble Company, and Proctor & Gamble Manufacturing Company are not dismissed.

**IT IS SO ORDERED**, this 13h day of October, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE